SUSAN B. LUCE - State Bar No. 120843
DAVID A. BOONE - State Bar No. 74165
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Fax: (408) 291-6016

ATTORNEYS FOR DEBTOR/DEFENDANT
Kassandra Margrit Dennis

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 08-54420 CDN |
| KASSANDRA MARGRIT DENNIS | CHAPTER 7 |
| Debtor | (Adv.Pro. No. 08-5319) |
| | Date: October 8, 2010<br>Time: 2:00 p.m.<br>Place: Room 3070<br>Honorable Charles D. Novack |

**NOTICE OF MOTION TO COMPROMISE CONTROVERSY**

**TO: All Parties In Interest and All Creditors**

     NOTICE IS HEREBY GIVEN that a hearing on Debtor's Motion to Approve Compromise of Controversy will be heard on October 8, 2010, at 2:00 p.m., at the United States Bankruptcy Court, Room 3070, 280 South First Street, San Jose, CA 95113, before The Honorable Charles D. Novack. Any objection to the proposed compromise should be filed with the Court and served upon attorney for Debtor at the address in the upper left corner of the first page of this Notice. Objections may also be made at the hearing. If no

objections are made and the Court finds the compromise to be in the best interest of creditors and the estate, the compromise may be approved.

Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on August 13, 2008. Prior to her filing, she had a default judgment entered against her in the Superior Court of the County of Santa Clara, Case No. 106 CV 059205. The judgment was in the amount of $2,552,957.00. The Plaintiffs in that litigation filed an adversary proceeding seeking to have the default judgment deemed nondischargeable.

The parties have agreed to compromise, and they have entered into a Settlement Agreement and General Mutual Release. The Debtor agrees to the entry of a $25,000.00 nondischargeable judgment on which she will pay $250.00 per month. The parties will waive the provisions of Section 1542 of the Civil Code of the State of California. This means they are giving up the right to not release existing claims of which they are currently unaware. The Debtor contends that it is in the best interest of Creditors to end the litigation and close this case.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed in accordance with Local Rule 9014-1(c) and should be filed and served not less than 7 days prior to the hearing date. If no objections are made, the Court may grant the relief requested.

Dated: August 23, 2010     LAW OFFICES OF DAVID A. BOONE

/s/ Susan B. Luce
SUSAN B. LUCE
Attorney for Debtors