PETER N. HADIARIS, ESQ.
State Bar No. 122590
600 Harrison St., Ste 120
San Francisco, CA 94107
(415) 593-0077
Attorney for debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: )
)
   ALAN B. ROGERS, et al ) No. 03-57499
)
               Debtor(s) ) Chapter 7
)
_____) DEBTOR'S OBJECTION
                                        TO SALE OF REAL PROPERTY

    The debtor objects to the sale of the real property on Seaport Blvd, Redwood City, CA, on the following grounds:

    1. The property is exempt as the debtor's homestead, and cannot be sold profitably by the trustee as a result. In addition to the debtor's homestead exemption, there are almost $30,000 in property taxes overdue, a deed of trust for approximately $10,000, and more than $20,000 in sale expenses given the trustee's agreement to pay a 10% brokerage commission.

    2. Even if there were equity for the trustee to realize, the other occupant of the property, Ulla Jacobson, claims an equitable ½ interest in the property due to her pre-petition agreement with the debtor and shared payment of property taxes,

1 | mortgage payments, and maintenance expenses over the past fifteen
2 | years.

                                    PETER N. HADIARIS, ESQ.

                                    ***Peter N. Hadiaris***
                                    Peter N. Hadiaris, Esq.
                                    Attorney for debtor