1   Peter N. Brewer St.Bar № 87971
    Julia M. Wei St.Bar № 218005
2   Amanda Gonsalves St.Bar № 261126
    Law Offices of Peter N. Brewer
3   350 Cambridge Ave, Suite 200
    Palo Alto, CA 94306
4   Tel: (650) 327-2900/ Fax: (650) 327-5959

5   Attorneys for Hal Nelson

6

7                   UNITED STATES BANKRUPTCY COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11  In Re:                              Case No.: 03-57499-CN

12      ALAN B. ROGERS dba PRECISION    Chapter 7
        FASTENING, et al
13                                      NOTICE OF APPEARANCE AND
                                        REQUEST FOR NOTICE
14          Debtor(s)

15

16  TO THE COURT AND ALL PARTIES OF RECORD:

17      PLEASE TAKE NOTICE that Hal Nelson hereby requests notice of all events relevant to

18  this bankruptcy and copies of all pleadings or documents filed in relation to this bankruptcy,

19  including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the

20  commence of any adversary proceedings, the filing of any requests for hearing, objections, and/or

21  notices of motion, or any other auxiliary filings, as well as notice of all matters which must be

22  noticed to creditors and parties-in-interest pursuant to the United States Bankruptcy Code and Rules

23  and/or Local Rules of this Bankruptcy Court, be directed in care of his counsel as follows:

24      Julia Wei
        Law Offices of Peter N. Brewer
25      350 Cambridge Ave, Suite 200
        Palo Alto, CA 94306
26      Tel: (650) 327-2900/ Fax: (650) 327-5959

27  Dated: September 1, 2010            THE LAW OFFICES OF PETER N. BREWER

28                                      By:    /s/ Julia M. Wei
                                               Julia M. Wei

Law Offices of Peter N. Brewer
350 Cambridge Ave, Suite 200
Palo Alto, CA 94306
650-327-2900

1

**Law Offices of Peter N. Brewer**
350 Cambridge Ave., Suite 200
Palo Alto, CA 94306
650-327-2900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, the undersigned, declare:

      I am a resident of San Mateo County and am now, and at the time of service was, over the age of eighteen years and not a party to this action; my business address is 350 Cambridge Avenue, Suite 200, Palo Alto, California 94306. On the date indicated below, I served the following documents by **ELECTRONIC FILING** and by enclosing copies thereof in (an) envelope(s) addressed as indicated below.

**DOCUMENTS SERVED:**

REQUEST FOR NOTICE

**ADDRESSED TO:**

**Debtor's Attorney:**
Peter N. Hadiaris, Esq.
Law Offices of Peter N. Hadiaris
600 Harrison St., Ste. 120
San Francisco, CA 94107-1389

**Debtor:**
Alan B. Rogers
824 Windslow St., PMB 183
Redwood City, CA 94063-1608

**Trustee's Attorney:**
Charles P. Maher
Luce, Forward, Hamilton & Scripps LLP
121 Spear St., Ste. 200
San Francisco, CA 94105-1582

**Trustee:**
John W. Richardson
5161 Soquel Dr., #F
Soquel, CA 95073-2560

I am readily familiar with the practice in this office for collection and processing of mail, specifically that in the ordinary course of business, mail will be deposited with the United States Postal Service on the same day it is collected in the office. I sealed the above-referenced envelope(s) and placed them for collection on September 1, 2010 in accordance with the ordinary business practices of this office.

                             By:   /s/ Jessica L. Urioste
                                     Jessica L. Urioste